UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN L. CARTER,**

    **Plaintiff,**

    v.

    Civil Action 2:17-cv-109
    Judge Michael H. Watson
    Magistrate Judge Chelsey M. Vascura

**BRYDEN MANAGEMENT, LLC,** *et al.*,

    **Defendants.**

## ORDER

Plaintiff's unopposed Motion for Stay of Proceedings (ECF No. 23) is **GRANTED** for good cause shown. Accordingly, this action is **STAYED** for **NINETY DAYS**. In light of the Notice of Death (ECF No. 23-1), the Court reminds Plaintiff's counsel of Federal Rule of Civil Procedure 25(a)(1), which provides as follows:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

    **IT IS SO ORDERED**.

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE